770 S.E.2d 398

**The STATE, Petitioner,**

**v.**

**Richard LEWIS, Respondent.**

**Appellate Case No. 2013–001571.**

**No. 27511.**

Supreme Court of South Carolina.

Heard March 4, 2015.
Decided March 25, 2015.

Attorney General Alan M. Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Petitioner.

C. Rauch Wise, of Greenwood, for Respondent.

648

PER CURIAM.

We granted certiorari to review the court of appeals' decision in *State v. Lewis*, 403 S.C. 345, 743 S.E.2d 124 (Ct.App. 2013). We now dismiss the writ as improvidently granted.

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.